# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135341

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBY DAVIS,
        Defendant-Appellant.

SC: 135341
COA: 279049
Wayne CC: 90-009070-01
            92-000404-01

_____/

    On order of the Court, the application for leave to appeal the October 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

d0519

Clerk